FILED

2021 Sep-20  AM 08:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TAURUS LAMONT BELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.  2:21-cv-00931-LCB-HNJ** |
| | ) | |
| **KAY IVEY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER OF DISMISSAL

On August 27, 2021, the Magistrate Judge entered a Report, recommending that the Court dismiss this action without prejudice for Plaintiff's failure to prosecute. (Doc. 4). Although the Magistrate Judge advised Plaintiff of his right to file specific written objections within 14 days, the Court has not received any objections.

Having carefully reviewed and considered de novo all the materials in the file, including the Report and Recommendation, the Court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** his Recommendation. Therefore, the Court **DISMISSES** this action **WITHOUT PREJUDICE** for Plaintiff's failure to prosecute.

**DONE** and **ORDERED** this September 20, 2021.

_____

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

For information regarding the cost of appeal, see the attached notice.

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                          In Replying Give Number
Clerk of Court                                          of Case and Names of Parties

## NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that <u>all</u> prisoners pay the Court's $500 docket fee plus $5 filing fee (for a total of $505) when appealing any civil judgment.

If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of appeal you *either*:

   (1)     Pay the total $505 fee to the clerk of the district court from which
           this case arose; *or*

   (2)     arrange to have a prison official certify to the district court from
           which the appeal arose the average monthly deposits and balances
           in your prison account for each of the six months preceding the filing
           of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the average monthly deposits or of the average monthly balances shown in your prison account.  The remainder of the total $505 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10.  Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $505 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $505 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $505 fee is collected, even if an appeal is unsuccessful.

David J. Smith
Clerk of Court

PLRA Notice

3